**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8189**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JAMES RODNEY SMITH, a/k/a Lump,

                    Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  Malcolm J. Howard, Senior District Judge.  (3:94-cr-00065-H-6)

Submitted:  June 1, 2010                    Decided:  June 7, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Rodney Smith, Appellant Pro Se.  John Howarth Bennett, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Rodney Smith appeals from the district court's order denying his motions for clarification of the judgment, clarification of his sentence, and to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 3:94-cr-00065-H-6 (E.D.N.C. Aug. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED